UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:10-cr-130 |
| v. ) | |
| ) | Judge Collier/Lee |
| ILMAR SANTIZO-SANCHEZ, also ) | |
| known as LUIS PIZARRO-QUINONES ) | |

## FACTUAL BASIS FOR PLEA

Comes now the United States of America by and through United States Attorney William C. Killian, and Assistant United States Attorney Christopher D. Poole, and submits the following summary of the government's evidence in support of defendant's plea to Count One of the two count indictment:

    a. On June 21, 2010, the defendant arrived at his estranged girlfriend's work. Another person was driving the defendant. The defendant jumped out of the backseat of the car and grabbed the victim (his girlfriend). A co-worker of the victim witnessed the defendant take her. In fact, the victim grabbed the co-worker's hands/arms in an effort to keep the defendant from pulling her into the back of the car with him, but the defendant succeeded in overpowering the victim and taking her. The driver of the car never turned around and never spoke. The defendant took the victim a few miles away where his truck was parked. It had some of their things in it. He put her in the truck and drove away. She said she did not want to go. He told her he would take her home, but he kept driving to Mississippi to a house owned by some of his friends where the defendant said, "they were going to live." The defendant called the victim's niece and said he was taking her to North Carolina, but, obviously, he went the other way.

    b. The defendant was subsequently arrested with the victim still in his custody/control in Mississippi.

c. The defendant was brought back to face the kidnapping charges in state court. FBI Special Agent Leane Blevins and Chattanooga Police Department Detective Alex Mercado interviewed the defendant in jail. The defendant waived his *Miranda* rights and spoke. Mercado translated the interview which is recorded on audio tape. The defendant admitted that he took the victim with him by force. He said he did it because he loves her.

d. The majority of these events, including the abduction, occurred in the Eastern District of Tennessee.

> Respectfully submitted,
>
> WILLIAM C. KILLIAN
> United States Attorney
>
> By: **/s/ Christopher D. Poole**
>     Christopher D. Poole
>     Assistant U.S. Attorney

## **ELEMENTS OF THE OFFENSE**

1. The defendant knowingly and willfully kidnapped, abducted, or carried away the person named in the indictment;

2. The victim was thereafter transported in interstate commerce from Tennessee to Mississippi ; and

3. The defendant held the victim for ransom, reward, or other benefit or reason.

## PENALTIES

Count One  (18 U.S.C. § 1201(a)(1)):

Imprisonment for a term of any number of years up to life; fine of up to $250,000; supervised release for up to five years; any lawful restitution; and a $100 special assessment.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing pleading has been served upon all parties at interest in this case or counsel for said parties via the U.S. District Court's Electronic Case Filing System.

This 28th day of October, 2010.

>WILLIAM C. KILLIAN
>United States Attorney
>
>By: **/s/ Christopher D. Poole**
>Christopher D. Poole
>Assistant U.S. Attorney