# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:10-cr-130 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| ILMAR SANTIZO-SANCHEZ | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| | ) | |

## ORDER

Before the Court is Defendant's motion to reconsider the Court's denial of his motion for compassionate release brought pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. 48.) On October 19, 2020, Defendant moved for compassionate release, arguing that his impending deportation and the fact that he has served over fifty percent of his sentence constitute extraordinary and compelling reasons meriting a sentence reduction. (Doc. 45, at 5.) Defendant also argued that his potential exposure to COVID-19 in the federal prison population also supported his motion for compassionate release. (*Id*. at 7.) The Court denied Defendant's motion, finding that there were not extraordinary and compelling reasons meriting a sentence reduction and that the § 3553(a) factors did not support a sentence reduction.[1] (Doc. 47.) The Court's basis for denying Defendant's motion for compassionate release remains applicable. First, the BOP reports that Defendant's correctional facility currently has 1 confirmed COVID-19 infection among inmates and six confirmed cases among staff. Additionally, the § 3553(a) factors do not support a sentence reduction. As the Court explained, Defendant was sentenced to 235 months'

---

[1] At the time the Court ruled on Defendant's compassionate release motion, the Bureau of Prisons reported that Defendant's correctional facility currently had zero cases of confirmed COVID-19 infections among inmates and six confirmed cases among staff. (Doc. 47, at 2.)

imprisonment for kidnapping, and his presentence report indicates that he has prior assault convictions. The nature and circumstance of the offense, the history and characteristics of the defendant, and the need for the sentence promote respect for the law all militate against granting a sentence reduction in this case. Accordingly, Defendant's motion for the Court to reconsider its denial of his compassionate-release motion (Doc. 48) is **DENIED**.

    **SO ORDERED**.

    /s/*Travis R. McDonough*
    **TRAVIS R. MCDONOUGH**
    **UNITED STATES DISTRICT JUDGE**